Law Offices of Bill LaTour
Bill LaTour [C.S.B.N. 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
   Telephone: [909] 796-4560
   Facsimile: [909] 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| KALISTA COMBS O/B/O K.H., | ) No. EDCV 09-1620 E |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER OF |
| | ) DISMISSAL WITH PREJUDICE |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice; each side to bear their own attorney fees, costs, and expenses, including but not limited to attorney fees under the Equal Access to Justice Act.

Date: 2/3/10

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE